THE STATE OF OHIO, APPELLEE, *v.* THROWER, APPELLANT.

[Cite as *State v. Thrower* (1994), 71 Ohio St.3d 397.]

(No. 94–1983—Submitted November 1, 1994—Decided December 30, 1994.)

_Albert D. Thrower, pro se._

_Per Curiam._ On appeal, appellant argues that the good-cause requirement denies him due process of law because he had no notice of the ninety-day filing requirement. We reject this argument and affirm the judgment of the court of appeals. Appellant is not entitled to special notice of changes in the law.

_Judgment affirmed._

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.